1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

                                 ----oo0oo----

11

12   UNITED STATES OF AMERICA,            NO. 2:05-CR-00545-EJG

13              Plaintiff,

14        v.

15   JESSE T.S. WELLS,                    ORDER DECLINING TO
                                          RELATE CASES
16              Defendant.

17

18
     UNITED STATES OF AMERICA,
19
                Plaintiff,               NO. 2:21-MC-00286-WBS-DB
20
          v.
21
     JESSE T.S. WELLS,
22
                Defendant and
23              Debtor.

24   CPC LOGISTICS, INC.,
     (and its Successors and
25   Assignees),

26              Garnishee.

27

28
                                    1

1                                    ----oo0oo----

2           The United States has filed a Notice of Related Case

3   under Local Rule 123.  Local Rule 123(c) states:

4           If the Judge to whom the action with the lower or
            lowest number has been assigned determines that
5           assignment of the actions to a single Judge is likely
            to effect a savings of judicial effort or other
6           economies, that Judge is authorized to enter an order
            reassigning all higher numbered related actions to
7           himself or herself.

8           However, the judge to whom the earlier case was

9   assigned, Judge Edward J. Garcia, is no longer with the court.

10  Moreover, that case has been closed and no action is presently

11  required in it.  Under this procedural posture, the undersigned

12  will take no action with respect to the Notice of Related Case.

13          IT IS SO ORDERED.

14  Dated:  January 28, 2022

15                                  WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

                                     2